UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| COREY O. RILEY, | ) | C/A No.: 4:12-1894-RMG-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DARLENE DREW, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The *pro se* Petitioner filed a petition for writ of habeas corpus on July 6, 2012, pursuant to 28 U.S.C. § 2241. Respondent filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) on October 30, 2012.

As both parties have submitted evidence outside of the pleadings, the motion to dismiss is being converted to a motion for summary judgment. The parties have ten (10) days to make any additional submissions in accordance with Rule 56 of the Federal Rules of Civil Procedure.

AND IT IS SO ORDERED.

s/Thomas E. Rogers
Thomas E. Rogers, III
United States Magistrate Judge

April 12, 2013
Florence, South Carolina